# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW RAMIREZ,<br><br>                    Plaintiff,<br><br>   v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                    Defendants. | 3:20-cv-00300-MMD-CSD<br><br>**ORDER TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

On March 3, 2022, Defendant filed his Motion for Summary Judgment (ECF No. 25) in this action. To date, Plaintiff has failed to oppose the motion.

Plaintiff shall be given an additional **twenty (20) days** from the date of this order within which to file a response to Defendant's Motion for Summary Judgment (ECF No. 25).

**IT IS SO ORDERED.**

DATED: March 30, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**