**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW RAMIREZ, | 3:20-cv-00300-MMD-CSD |
| Plaintiff, | |
| v. | **ORDER** |
| WILLIAM GITTERE, et al., | |
| Defendants. | |

Defendants have submitted their brief for the Settlement Conference scheduled for **Wednesday, November 30, 2022, at 9:00 a.m.** In the settlement conference brief, Defendants refer to a video recording of the Incident and state that the video was submitted as Exhibit A in support of the Motion for Summary Judgment (ECF No. 25).

The court has reviewed the video referred to in the settlement conference brief, and this was not the video Defendants submitted in support of the Motion for Summary Judgment (ECF No. 25).

**IT IS HEREBY ORDERED** that Defendants shall ensure Plaintiff has had the opportunity to review the 11-minute video Defendants submitted with their settlement conference brief **before** the settlement conference set on **Wednesday, November 30, 2022, at 9:00 a.m.**

DATED: November 28, 2022.

_____
UNITED STATES MAGISTRATE JUDGE