1  AARON D. FORD
   Attorney General
2  LAURA M. GINN, (Bar No. 8085)
   Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV 89701-4717
   Tel: (775) 684-1120
5  E-mail: lginn@ag.nv.gov

6  *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| MATTHEW RAMIREZ, | Case No. 3:20-cv-00300-MMD-CSD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL** |
| WILLIAM GITTERE, et al., | |
| Defendants. | |

It is stipulated and agreed by and between Plaintiff Matthew Ramirez, *pro se*, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Laurie M. Ginn, Deputy Attorney General, based upon the Settlement Agreement between the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss with prejudice of the above-captioned action, with each party bearing their own attorney's fees and costs and that the Court may accordingly close the case.

DATED: _____, 2022

DATED: December 30, 2022

AARON FORD
Attorney General

By: _____
Matthew Ramirez, #1034804
*Plaintiff Pro Se*

By: */s/ Laura M. Ginn*
Laura M. Ginn, Bar No. 8085
Deputy Attorney General
*Attorney for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** _____

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on December 30, 2022, I electronically filed the foregoing **STIPULATION AND ORDER OF DISMISSAL**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically.

Matthew Ramirez, #1034804
c/o High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070
HDSP_lawlibray@doc.nv.gov
*Plaintiff, Pro Se*

_____
An employee of the
Office of the Nevada Attorney General