Reply in Case 3:20-cv-00300-MMD-CSD Ramirez v. Gittere et al Order on Stipulation

cmecf@nvd.uscourts.gov <cmecf@nvd.uscourts.gov>
1/3/2023 12:51 PM

To cmecfhelpdesk@nvd.uscourts.gov <cmecfhelpdesk@nvd.uscourts.gov>

WARNING - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

United States District Court

District of Nevada

*Not deliverable Offender Paroled*

Notice of Electronic Filing

The following transaction was entered on 1/3/2023 at 12:49 PM PST and filed on 1/3/2023
Case Name:      Ramirez v. Gittere et al
Case Number:    3:20-cv-00300-MMD-CSD
Filer:
WARNING: CASE CLOSED on 01/03/2023
Document Number: 44

Docket Text:
ORDER granting ECF No. [43] Stipulation. IT IS SO ORDERED. This matter is DIMISSED WITH PREJUDICE and the Clerk is directed to close the case. Signed by Chief Judge Miranda M. Du on 1/3/2023. (Copies have been distributed pursuant to the NEF - CJS)

3:20-cv-00300-MMD-CSD Notice has been electronically mailed to:

Laena M Ginn    lginn@ag.nv.gov, cfondi@ag.nv.gov, keaston@ag.nv.gov

HDSP Law Library    HDSP_LawLibrary@doc.nv.gov

3:20-cv-00300-MMD-CSD Notice has been delivered by other means to:

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1101333072 [Date=1/3/2023] [FileNumber=10964130-0
] [d9a0d5772730cfb135d07440fe38c9bc61d1ea0540b7314e6e43d1edad62aa6473
ddae861a4b6683d172e89420a2f93fb3a389473e195e745124b4072cb13b]]